UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shawndale Latouche,<br><br>                                    Plaintiff,<br><br>         -v-<br><br>Value Service & Repair Corp.,<br><br>                                    Defendant. | **Civ. Action #: 14-CV-1858 (JFB)(WDW)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE</u>** |

**PLEASE TAKE NOTICE THAT**, Plaintiff, by his undersigned counsel, hereby discontinues the above-entitled action without prejudice, pursuant to Federal Rules of Civil Procedure, including Rule 41 (a)(1).


Dated: Queens Village, New York
           March 30, 2014

Abdul Hassan Law Group, PLLC


By: __/s/ Abdul Hassan_____
Abdul K. Hassan, Esq.
*Counsel for Plaintiff*
215-28 Hillside Avenue
Queens Village, New York 11427
Tel: 718-740-1000

**cc: Value Service & Repair Corp., via mail and fax**
    **86 Broadway, Freeport, NY 11520**
    **Tel: 516- 442-2100**
    **Fax: 516-735-2525**

1