**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 23 2014 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shawndale Latouche,<br><br>                    Plaintiff,<br>-v-<br><br>Value Service & Repair Corp.,<br><br>                    Defendant. | Civ. Action #: 14-CV-1858<br>(JFB)(WDW)<br><br>**NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE</u>** |

**PLEASE TAKE NOTICE THAT**, Plaintiff, by his undersigned counsel, hereby discontinues the above-entitled action without prejudice, pursuant to Federal Rules of Civil Procedure, including Rule 41 (a)(1).

Dated: Queens Village, New York
       March 30, 2014

Abdul Hassan Law Group, PLLC

By:   /s/ Abdul Hassan
Abdul K. Hassan, Esq.
*Counsel for Plaintiff*
215-28 Hillside Avenue
Queens Village, New York 11427
Tel: 718-740-1000

cc: Value Service & Repair Corp., via mail and fax
    86 Broadway, Freeport, NY 11520
    **Tel: 516- 442-2100**
    **Fax: 516-735-2525**

*The Clerk of the Court shall close the case.*

SO ORDERED

Joseph F. Bianco
JSDJ
Date: Oct. 23, 2014
Central Islip, N.Y